In the Matter of JOHNATHAN JOHNSON, Appellant, v EVELYN L. BRAUN et al., Respondents.

Submitted April 17, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

ENRICO MEZZONE, Respondent, v EMILIO GOETZ, D.P.M., et al., Defendants, and DEBBIE BAUTISTA, D.P.M., Appellant.

Submitted April 24, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THERESA ODEJIMI, Appellant, v TOWN OF WINDSOR, Respondent.

Submitted April 24, 2017; decided June 8, 2017

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR ANDERSON, Appellant.

Submitted May 15, 2017; decided June 8, 2017

Motion for reargument denied [*see* 29 NY3d 69 (2017)].